# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137774

DWIGHT ERVIN ANDREWS,

     Plaintiff-Appellant,

v

                                     SC: 137774
                                     CoA: 286001

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 2, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2009

jm

Clerk